JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL ALBERT HENNIGAN BAUTISTA, Plaintiff, | Case No: 2:26-cv-04801-E |
| vs. | ~~[PROPOSED]~~ **JUDGMENT** |
| FRANK BISIGNANO, Commissioner of Social Security, Defendant. | |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 8/26/2026

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE